| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | ☑ Printed Matter (Imprimé) | ☐ Other (Autre) | Express ☐ Mail International |

Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number RB457980 LL6L8

Office of Mailing (Bureau de dépôt): Funmobile, Ltd

Date of Posting (Date de dépôt):

Addressee Name or Firm (Nom ou raison sociale du destinataire): 29/F, One kowloon, No1, Wang Yuen Street

Street and No. (Rue et No.): Kowloon Bay, Hong Kong

Place and Country (Localité et pays):

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date:

Signature of Addressee (Signature du destinataire):

Office of Destination Employee Signature (Signature de l'agent du bureau du destination): MRB

Postmark of the office of destination (Timbre du bureau de destination): [LIMITED stamp]

865, March 2007 (Reverse) PSN 7530-01-000-9775    12-cv-564 Rule 4.2



UNITED STATES POSTAL SERVICE

Return Receipt for International Mail (Registered™, Insured and Express Mail®)

RECEIVED NOV 13 2012 JOHN P. HEHMAN, CLERK CINCINNATI, OHIO

Administration des Postes des Etats-Unis d'Amérique

Par Avion

Postmark of the office returning the receipt (Timbre du bureau renvoyant l'avis): KOWLOON EAST -2 NOV 2012 HONG KONG

Return by the quickest route (air or surface mail), a découvert and postage free
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale): Office of The Clerk

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port: Potter Stewart U.S. Courthouse, Rm 103

Street and Number (Rue et no.): 100 East Fifth Street, Cincinnati, Ohio 45202

City, State, and ZIP + 4® (Localité et code postal):

UNITED STATES OF AMERICA    Etats-Unis d'Amérique

PS Form 2865, March 2007    Avis de réception    CN07 (Old C5)

English     Customer Service     USPS Mobile        Register / Sign In



Search USPS.com or Track Packages

Quick Tools     Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| RB457980116US | | Delivered | November 02, 2012, 5:56 pm | HONG KONG | Registered Mail™ |
| | | Incorrect Address - Item forwarded / redirected | November 01, 2012, 10:25 am | HONG KONG | |
| | | Customs clearance processing complete | October 31, 2012, 10:43 am | HONG KONG | |
| | | Processed Through Sort Facility | October 31, 2012, 10:01 am | HONG KONG | |
| | | Processed through USPS Sort Facility | October 25, 2012, 7:31 am | CHICAGO, IL 60666 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.