IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Blake Best, | : |
| Plaintiff, | : Case No. 1:12-cv-00564 |
| vs. | : District Judge Michael R. Barrett |
| Mobile Streams, Inc., *et al.*, | : Magistrate Judge Karen L. Litkovitz |
| Defendants. | : |

**[PROPOSED] ORDER GRANTING
DEFENDANT FUNMOBILE, LTD.'S MOTION TO STRIKE
PLAINTIFF'S MOTION (FOR DEFAULT JUDGMENT), DOC #53**

On Motion of Defendant Funmobile, Ltd., and for good cause shown, Plaintiffs' Motion (for Default Judgment), Doc #53, is hereby STRICKEN as improper because the time has not yet run for Defendant to respond to the First Amended Complaint.

IT IS SO ORDERED.

_____
Karen L. Litkovitz, MAGISTRATE JUDGE