# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Blake Best, | : |
|     Plaintiff, | : Case No. 1:12-cv-00564 |
| vs. | : District Judge Michael R. Barrett |
| Mobile Streams, Inc., *et al.*, | : Magistrate Judge Karen L. Litkovitz |
|     Defendants. | : |

### DEFENDANTS MOBILEFUNSTER, INC. AND FUNMOBILE, LTD.'S REQUEST FOR STATUS CONFERENCE

Defendants Mobilefunster, Inc. and Funmobile, Ltd. (collectively, "Defendants"), by and through their undersigned counsel, respectfully request the Court to schedule a status conference to be conducted either in person or via conference call.  If the Court elects to conduct the conference via telephone, Defendants will arrange the conference call logistics.

    Respectfully submitted,

    /s/ Nita L. Hanson
Karen S. Hockstad (0061308)
Nita L. Hanson (0084342)
Dinsmore & Shohl LLP
191 West Nationwide Blvd.
Suite 300
Columbus, Ohio  43215
Phone:  (614) 628-6880
Fax:  (614) 628-6890
Karen.Hockstad@Dinsmore.com
Nita.Hanson@Dinsmore.com

*Attorneys for Defendants Mobilefunster, Inc. and Funmobile, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties consenting to notification.  I further certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants including:

>Blake Best
>5392 Northbend Road
>Cincinnati, Ohio  45247
>*Plaintiff*

>/s/ Nita L. Hanson
>Nita L. Hanson (0084342)
>*An Attorney for Defendants Mobilefunster, Inc. and Funmobile, Ltd.*

684570