# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BLAKE BEST,
    Plaintiff,

vs.

MOBILE STREAMS, INC., et al.,
    Defendants.

Case No. 1:12-cv-564

Barrett, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone conference held on January 4, 2013, before the undersigned magistrate judge on the pending motions in this case. Because plaintiff Blake Best, who is currently proceeding pro se, has indicated he may be obtaining counsel to represent him in this matter, the conference is **CONTINUED** to **January 14, 2013 at 2:00 p.m.** at which time Mr. Best will advise the Court whether he is represented by counsel or will proceed pro se in this case. The Court **STAYS** the time deadlines for the filing of any responses and replies to the pending motions until after the January 14, 2013 conference, at which time new deadlines will be set if necessary.

**IT IS SO ORDERED.**

Date: 1/4/13

Karen L. Litkovitz
United States Magistrate Judge