UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BLAKE BEST,
    Plaintiff,

v.

MOBILE STREAMS, INC., *et al.*,
    Defendants.

Case No. 1:12-cv-564

Barrett, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference held on January 23, 2013 before the undersigned magistrate judge. As discussed in the conference, plaintiff has not obtained counsel and will be proceeding pro se in prosecuting this lawsuit. Consequently, the Court sets the following briefing schedule on plaintiff's motion to file a second amended complaint (Doc. 62). Defendants shall file responses to plaintiff's motion on or before **February 6, 2013**; plaintiff has until **February 20, 2013** to file a reply. Any other responsive or reply briefs regarding other motions currently before the Court are stayed pending this Court's ruling on plaintiff's motion to file a second amended complaint.

**IT IS SO ORDERED.**

Date: 1/23/13

Karen L. Litkovitz
United States Magistrate Judge