UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BLAKE BEST,
    Plaintiff,

v.

MOBILE STREAMS, INC., *et al.*,
    Defendants.

Case No. 1:12-cv-564

Barrett, J.
Litkovitz, M.J.

**ORDER**

There are currently a number of pending motions before the Court related to plaintiff's first amended complaint. As the undersigned has granted plaintiff's motion to file a second amended complaint, *see* Doc. 93, all motions pertaining to the first amended complaint are denied as moot. Specifically, the following motions:

(1) plaintiff's motion to reissue summons (Doc. 13);
(2) plaintiff's motion to extend time for service (Doc. 16);
(3) plaintiff's amended motion to extend time for service (Doc. 23);
(4) plaintiff's second amended motion to extend time for service (Doc. 27);
(5) plaintiff's motion for default (Doc. 53);
(6) defendant Funmobile, Ltd.'s motion to strike plaintiff's motion for default (Doc. 54);
(7) defendant Mobilefunster, Inc.'s motion to dismiss (Doc. 57);
(8) defendant Funmobile, Ltd.'s motion to dismiss (Doc. 59);
(9) plaintiff's motion to file a supplemental memorandum in opposition to Funmobile Ltd.'s motion to dismiss (Doc. 69);
(10) plaintiff's motion to dismiss Mobilefunster, Inc's counterclaims (Doc. 74); and
(11) plaintiff's motion to strike Mobilefunster, Inc.'s affirmative defenses (Doc. 75)

are denied as moot.

**IT IS SO ORDERED.**

Date: 3/12/13

Karen L. Litkovitz
United States Magistrate Judge