UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BLAKE BEST,
    Plaintiff,

v.

MOBILE STREAMS, INC., *et al.*,
    Defendants.

Case No. 1:12-cv-564

Barrett, J.
Litkovitz, M.J.

ORDER

This matter is before the Court on plaintiff's unopposed motions to take discovery prior to a Fed. R. Civ. P. 26(f) conference. (Docs. 98, 99). Plaintiffs motions are **DENIED** as moot in light of the entry of a scheduling order (Doc. 107) in this matter.

**IT IS SO ORDERED.**

Date: 8/21/13

Karen L. Litkovitz
United States Magistrate Judge