UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BLAKE BEST,
    Plaintiff,

v.

MOBILE STREAMS, INC., *et al.*,
    Defendants.

Case No. 1:12-cv-564

Barrett, J.
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

On October 22, 2013, defendant Mobile Streams, Inc. was served with a copy of plaintiff's complaint. (Doc. 24). Mr. Simon Buckingham, an employee of Mobile Streams, Inc., filed an answer to the complaint on November 6, 2012, on behalf of the corporation. (Doc. 28). On December 17, 2013, this Court ordered defendant Mobile Streams, Inc. to show cause why the Court should not strike its answer and enter default judgment against it for failure to have counsel appear on its behalf. (Doc. 129). To date, defendant has failed to respond to the Order to show cause.

As stated in the Order, 28 U.S.C. § 1654 "does not permit artificial entities, such as corporations, partnerships, associations, limited liability companies, trusts, or estates to prosecute or defend in a federal court except through an attorney that is licensed and admitted to practice in that particular court." (Doc. 129 at 1). The corporate defendant is not represented by a licensed attorney in this matter and is precluded from representing itself. Furthermore, this defendant has not attempted to show cause why the Court should not strike its answer and enter default judgment based upon its failure to comply with the Court's Order to have counsel appear on its behalf. (Doc. 129).

Accordingly, it is hereby **RECOMMENDED** that the answer filed on behalf of defendant Mobile Streams, Inc. (Doc. 28) be **STRICKEN** from the record and that default

judgment be **GRANTED** in favor of plaintiff against defendant Mobile Streams, Inc. on all claims plaintiff brings against it, in an amount to be determined by the Court.

Date: 1/10/14

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BLAKE BEST,
    Plaintiff,

v.

MOBILE STREAMS, INC., *et al.*,
    Defendants.

Case No. 1:12-cv-564

Barrett, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Blake Best<br>5392 Northbend Rd.<br>Cinti, OH 45247 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 3500 0001 5345 9886 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ✗ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)　C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mobile Streams, Inc.<br>247 W. 36th St., 301<br>New York, NY 10018 | D. Is delivery address different from item 1? ☐ Yes<br>　If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail　☐ Express Mail<br>☐ Registered　☐ Return Receipt for Merchandise<br>☐ Insured Mail　☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)　☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 3500 0001 5345 9893 |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540