UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Blake Best, : Case No. 1:12-cv-564
:
   Plaintiff, :
:
vs. :
:
Mobile Streams, Inc., et al., :
:
   Defendants. :

**ORDER**

On January 13, 2014, the Magistrate Judge issued a Report and Recommendation (Doc. 135) concerning the status of defendant Mobile Streams, Inc.

As fully discussed in the Report, Mobile Streams, Inc., was properly served with Plaintiff's complaint.  Thereafter, an employee of the company filed an answer to the complaint (see Doc. 28).  The Magistrate Judge issued an Order to Show Cause (Doc. 129) to Mobile Streams, requiring it to have counsel appear on its behalf.  When Mobile Streams failed to respond, the Magistrate Judge recommended that Mobile Streams' answer be stricken, and that a default judgment be granted against it.

Proper notice has been given to the parties under to 28 U.S.C. §636(b)(1)(C), including notice that the parties would waive further appeal if they failed to timely file objections to the Report and Recommendation.   No objections have been filed to date.

Therefore, for good cause shown, the Court hereby adopts the Magistrate Judge's Report and Recommendation in full.  The Court orders that the answer filed on behalf of Mobile Streams, Inc., Doc. 28, be STRICKEN from the record.

The Court grants a default judgment in favor of Plaintiff against Mobile Streams,

Inc., on all of Plaintiff's claims against it. The amount of the default judgment will be determined by the Court.

SO ORDERED.

DATED: February 26, 2014      s/Sandra S. Beckwith
                              Sandra S. Beckwith, Senior Judge
                              United States District Court