**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Blake Best,
    Plaintiff

v.                                 Case No.  1:12-cv-564

Mobile Streams, Inc., et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 2, 2015 (Doc. 252).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter <u>de</u> <u>novo</u> pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's motion for statutory damages is **GRANTED** in part and **DENIED** in part. Defendants Mobile Streams, Inc., Funmobile, Ltd., and Mobilefunster, Inc. is **permanently enjoined** from infringing plaintiff's copyrighted work, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted work, unless plaintiff provides defendants with a license or express permission.

Plaintiff is awarded statutory damages in the amount of $1,500 against each of the Mobile defendants for a total statutory damages award of $4,500. Plaintiff is

awarded attorney's fees in the amount of $2,500.


Date: July 29, 2015                                          s/Sandra S. Beckwith
                                                             Sandra S. Beckwith, Senior Judge
                                                             United States District Court